MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AUTUMN R. PORTER (CABN 240750)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-6394
    autumn.veatch@us.army.mil

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Paul S. Grewal*
*Judge Paul S. Grewal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 10-00744 HRL |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER DISMISSING COUNT ONE OF THE INFORMATION. |
| vs. ) | |
| WILLIAM BLAINE DALE, ) | |
| Defendant. ) | |

    On October 8, 2010, an Information was filed in the above captioned matter, charging one count of 18 U.S.C. §13, assimilating CVC §14601.2(a) – Driving When Privilege Suspended or Revoked for Driving Under the Influence.

    On June 6, 2011, the parties in this case appeared before this Court.  The parties jointly signed a plea agreement in which the defendant agreed to plead guilty to one charge of Title 18 U.S.C. §13, assimilating California Vehicle Code §12500(a) – Unlicensed Driver.

The government further agrees to dismiss the original Count One, 18 U.S.C. §13, assimilating CVC §14601.2(a) in exchange for the defendant's guilty plea on June 6, 2011 to Title 18 U.S.C. §13, assimilating California Vehicle Code §12500(a).

SO STIPULATED:         MELINDA HAAG
                       United States Attorney

DATED:                      /S/
                       AUTUMN R. PORTER
                       Special Assistant United States Attorney

DATED:                      /S/
                       VARELL FULLER
                       Assistant Federal Public Defender
                       Counsel for the Defendant.

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that Count One, §18 U.S.C. §13, assimilating CVC §14601.2(a) of the Information filed in the matter of USA v. William Blain Dale, be dismissed.

IT IS SO ORDERED.

DATED: 7/1/2011                   PAUL S. GREWAL
                                  United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO         2
DISMISS COUNT ONE OF THE INFORMATION
CASE NO: CR-10-00744 HRL